**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**JOSEPH & KIRSCHENBAUM LLP,**

        **Plaintiff,**

   v.

**JERALD TENENBAUM and JOSH ROSEN,**

        **Defendants.**
-------------------------------------------------------x

**CASE NO.: 19 CV 5577 (KPF)**

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiff shall move the Court at such date and time as counsel may be heard to grant Plaintiff's motion to abstain and remand.

Dated: New York, New York
       July 8, 2019

/s/ Denise A. Schulman
D. Maimon Kirschenbaum
Denise A. Schulman
JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, NY 10004
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiff*